# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DOMINIQUE LASHON THOMAS,**
            **Plaintiff,**

            **v.**                                         **Case No. 24-C-1247**

**ANN LEINFELDER GROVE,**
            **Defendant.**

---

## ORDER

On October 2, 2024, Magistrate Judge William E. Duffin issued a decision recommending that plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The decision was served on plaintiff that same day. Under 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72(b)(2), and General Local Rule 72(c), plaintiff had 14 days to file a written objection to the order. That time has expired without plaintiff's filing an objection. For this reason, I will accept the recommendation in full.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report and Recommendation (ECF No. 5) is **ACCEPTED**. For the reasons stated in the report and recommendation, plaintiff's complaint and this action are **DISMISSED**. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2024.

/s/ Lynn Adelman
LYNN ADELMAN
District Judge